■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS VARGAS, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Fisher, J.), rendered March 23, 1987, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

We find unpersuasive the defendant's contention that he was denied a fair trial due to five remarks made by the prosecutor in his protracted closing summation. While several objectionable comments may have exceeded the limits of propriety *(see, People v De Long,* 134 AD2d 199), the cumulative effect of these comments was harmless in view of the overwhelming evidence of guilt *(see, People v Morgan,* 66 NY2d 255; *People v Roopchand,* 107 AD2d 35, *affd* 65 NY2d 837) and the court's prompt curative instructions, which were sufficient to dispel whatever prejudicial effect those remarks may have had *(People v Gilmore,* 135 AD2d 828; *People . v Singleton,* 109 AD2d 763). Thompson, J. P., Brown, Kunzeman and Rubin, JJ., concur.